IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JHIRMEKEYO SANTRELL PUGH                                                    PLAINTIFF

v.                         Civil No. 1:09-cv-01013

DOUG MAXWELL, Jailer, Ashley
County Jail; RUSSELL HARRIS;
Jail Administrator, Ashley County
Jail; MARY JANE JOHNSON,
Jailer, Ashley County Jail; and
the ASHLEY COUNTY JAIL                                                       DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, Jhirmekeyo Santrell Pugh (hereinafter Pugh), filed this action pursuant to 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2007), the Honorable Harry F. Barnes, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

On November 25, 2009, Defendants filed a motion for summary judgment (Doc. 16, Doc. 17 & Doc. 18). On December 4, 2009, an order (Doc. 19) was entered directing Pugh to complete an attached notice regarding the summary judgment motion. The notice required Pugh to state whether he would file a response to the summary judgment motion on his own or was requesting the Court's assistance by the preparation of a questionnaire.

Pugh was directed to return the attached notice by December 28, 2009. Pugh was advised (Doc. 19) that if he failed to return the attached notice by December 28, 2009, the case would be subject to summary dismissal for failure to obey the order of this Court and failure to prosecute this action.

On December 14, 2009, the Court's order (Doc. 19) was returned as undeliverable. Pugh has not provided the Court with a new address.

On January 14, 2010, Defendants filed a motion to dismiss (Doc. 20). In their motion,

Defendants state they have been unable to effect service of their motion for summary judgment on Pugh.  Defendants ask that the case be dismissed because Pugh has failed to comply with the Court's requirement that *pro se* litigants keep the Court apprised of their current address.  *See* Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

I recommend that the motion to dismiss (Doc. 20) be granted and this case dismissed based on Pugh's failure to obey the order of the Court, his failure to prosecute this action, and his failure to comply with Rule 5.5(c)(2) of the Local Rules.

**The parties have fourteen (14)  days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 19th day of March 2010.

/s/ Barry A. Bryant
BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE