IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JHIRMEKEYO SANTRELL PUGH                                                                PLAINTIFF

V.                                               CASE NO. 09-CV-1013

DOUG MAXWELL, Jailer, Ashley
County Jail; RUSSELL HARRIS;
Jail Administrator; Ashley County Jail;
MARY JANE JOHNSON; Jailer,
Ashley County Jail; and the
ASHLEY COUNTY JAIL                                                                      DEFENDANTS

## ORDER

      Before the Court is the Report and Recommendation filed March 19, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 23). Judge Bryant recommends that this case be dismissed based on Plaintiff's failure to obey the order of the Court, his failure to prosecute this action, and his failure to comply with Rule 5.5(c)(2) fo the Local Rules. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Accordingly, Defendants' Motion to Dismiss (Doc. 20) is **GRANTED**, and Plaintiff's claims are **DISMISSED**.

      **IT IS SO ORDERED**, this 8th day of April, 2010.

      /s/ Harry F. Barnes
      Hon. Harry F. Barnes
      United States District Judge